**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **HEATHER LYNN HALL** | **CASE NO.  6:19-CV-00861** |
| **VERSUS** | **JUDGE JUNEAU** |
| **U S COMMISSIONER SOCIAL SECURITY ADMINISTRATION** | **MAGISTRATE JUDGE HANNA** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the record, noting the absence of any objection, and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED** that the Commissioner's decision should be REVERSED and REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g). More particularly, the Commissioner is instructed to again evaluate whether Claimant meets the criteria of Listing 1.02A. Specifically, the Commissioner should engage an orthopedic specialist to evaluate Claimant's ability to ambulate effectively as contemplated by 1.00B2b. The Commissioner is further instructed to re-assess Claimant's residual functional capacity in accordance with the Report and Recommendation.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 13th day of July, 2020.

```
_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE
```